PROVIDED TO
HAMILTON CI
APR 17 2023
RECEIVED BY MP
FOR MAILING

3:23-cv-426-TJC-JBT
FILED
April 17, 2023
2023 APR 20 AM 8:30
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

(Original copy of 2)

STATE OF: FLORIDA
COUNTY OF: HAMILTON

(MEDICAL STAFF ABUSE):

United States District Court
Middle District of Florida
Office of The Clerk
300 N. Hogan ST. STE 9-150
Jacksonville, Florida
32202-4271

## SWORN AFFIDAVIT

ATTN: Federal Judges, Inmates/Prisoners Are and Have been Abuse by Medical Staff at Hamilton C.I./Annex In The Following MANNER Approx THE PAST TWO MONTHS IN CONFINEMENT. Every (A.m.) During Medication Pass out, Prisoners are Forced To Deal With And (Invisible Nurse) be it MALE OR Female, As "We" THE PATIENTS DONT HAVE ANY IDEAL "WHO" THIS MEDICATION IS BEING DISPENCED by!

Approx Two (2) MONTHS AGO I Address A NURSE ON THE SAME (A.m.) SHIFT Had A Confinement official Passing out Medication Since THAT TIME THE LIGHTS HAVE BEEN COMPLETELY Turned Out IN THE Area Outside The Cell So A Prisoner Dont Have Any Ideal Who is Passing Out the medication ect. IF Any Misconduct is done With the Medication or by Whoever, You Have No Ideal "Who" is doing Said.

THIS HAS BEEN Addressed in Formal Grievances by myself And A Plethora of other prisoners, Unacknowledged by The Grievance Cordinator, Warden ect.

THE CHIEF Health Officer and Hospital Administrator At Hamilton Annex Supports So Many Violations by These Nurses, Primarily "Throughing" A lil Clear Plastic Bag Through The Side of And Closed inn door to the Cell, instead of Having The Officer Open The Cell Flap With THE Key To dispence Said, THIS IS

pg. 1 of 2

conducted on every shift. Then, this Whoodini Medication Dispencing on the (A.M.) is outragious!
Every patient being delivered medication Has A Right by Policy and Procedure To Know Visually Who is serving / Passing Out this medication yet, With No outside investigation into the matter, No re-Winding of Fixed Wing cameras Looked Into by The Inspector General office, This Warden, Colonal, Chief Health officer, Hospital Admistrator ect. is GONA CONTINUE VIOLATING MEDICAL STANDARDS As When Passing Out medication The Lights Should be ON, WHAT IS THE HIDE AND SEEK GAME About, Their Suppose To be in A Profession!...
Such Ungoing Assistance by Medical Staff Has myself And Numberous Other medical And mental Health Patients Experiencing Hallucinations of Whats Going on With The medication, Why The staff don't Want to Identifie Themselves; Unlicensed, Trying To Poison A Prisoner ect. I, As Well As all other prisoners Should be able To Identifie What Care provider Their encountering.
NOT TO MENTION, IF THE WARDEN, COLONEL ECT IS AWARE OF THIS VIOLATION, WHY HAVE'NT A CHANGE BEEN Enforced! Our lifes are in Danger Under Said Corruption.

## CERTIFICATE OF SERVICE

I, Andre Sheffield, #116194 Hereby Certify that a true And Correct Copy of This SWORN Affidavit Letter, Has been Furnished Via U.S. Mail To: United States District Court, Middle District of Florida, office of The Clerk, 300 N. Hogan ST. STE 9-150 Jacksonville, Florida 32202-4271 on This 17th day of April 2023. Through The Hands of Mail Carrier (M. Register).

/S/ Andre Sheffee

Andre Sheffield #116194
Hamilton C.I. / Annex
10650 S.W. 46th Street
Jasper, Florida
32052

pg. 2 oF 2